

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 1, 2022

_____
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| Dennis Earl Beach | § | Case No.: 18-32261-SGJ |
| | § | Case No.: 13 |
| Debtor | § | |

### ORDER GRANTING MOTION FOR HARDSHIP DISCHARGE

CAME ON FOR CONSIDERATION the Motion for Hardship Discharge.  It is therefore

ORDERED that the Debtor's Chapter 13 Case is discharged due to a hardship.

# # # End of Order # # #

Christopher M. Lee
State Bar No. 24041319
Eric A. Maskell
State Bar No. 24041409
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469.646.8995 Phone
469.694.1059 Fax

ATTORNEY FOR DEBTOR(S)